TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-09-00339-CV






Danilo Becerra, Appellant


v.


CDP Legal Escrow and Oasis Legal Finance, LLC, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT

NO. D-1-GN-08-003868, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING




 O R D E R


PER CURIAM

 

 Appellant's motions for a temporary order and expedited consideration are hereby
granted. Accordingly, the underlying proceedings in cause number D-1-GN-08-003868 are stayed
pending the disposition of appellant's interlocutory appeal.

 It is ordered July 23, 2009.


Before Chief Justice Jones, Justices Waldrop and Henson